1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff
   Rachel Lobato

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO, | ) No. 1:15-cv-00909-BAM |
| Plaintiff, | ) |
| vs. | ) **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| WILKINS ROOT BEER DRIVE-IN, INC., dba WILKIN'S DRIVE-IN, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Plaintiff Rachel Lobato and Defendant Wilkins Root Beer Drive-In, Inc., dba Wilkin's Drive-In, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: January 15, 2016          MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Rachel Lobato

Dated: January 15, 2016          RAIMONDO & ASSOCIATES

*/s/ Jasmine Shams*
Jasmine Shams
Attorneys for Defendant,
Wilkins Root Beer Drive-In, Inc., dba
Wilkin's Drive-In

## **ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs. ALL pending dates are Vacated. The Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

Dated: **January 19, 2016**          */s/ Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE